UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JONNATHAN RAMOS, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                  Case Number: 18-23431-CIV-MARTINEZ-OTAZO-REYES

PF HOMESTEAD, LLC d/b/a PLANET
FITNESS - HOMESTEAD,

    Defendant.
_____/

MANUEL GONZALEZ, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.                  Case Number: 18-24180-CIV-MARTINEZ-OTAZO-REYES

PF HOMESTEAD, LLC, a Delaware limited
liability company,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE came before the Court upon Defendant's Motion to Consolidate [ECF No. 8] in *Manuel Gonzalez v. PF Homestead, LLC*, Case No. 18-24180. The Court has carefully reviewed the case files and is otherwise duly advised. The Court finds that, pursuant to Fed. R. Civ. P. 42(a), consolidation of the above-captioned cases is appropriate for all purposes, including pretrial procedures and trial. It is, therefore:

**ORDERED AND ADJUDGED** that

- 2 -

1. Defendant's Motion to Consolidate [ECF No. 8] in Case No. 18-24180 is **GRANTED**. The above-captioned actions are hereby **CONSOLIDATED** into one action for all purposes.

2. All pleadings and other filings in connection with the consolidated cases shall be filed in **Case Number: 18-23431-CIV-MARTINEZ-OTAZO-REYES** ("the consolidated case").

3. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE Case Number: 18-24180-CIV-MARTINEZ-OTAZO-REYES**. Accordingly, all pending motions are **DENIED as MOOT** in that case,

4. The Clerk of the Court is **DIRECTED** to file a copy of this Order in each of the above-captioned cases.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of January, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record