**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)**

CASE NO. 1:18-cv-23431-CIV MARTINEZ-OTAZO-REYES

JONNATHAN RAMOS,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

PF HOMESTEAD, LLC d/b/a PLANET
FITNESS - HOMESTEAD,

      Defendant.

_____/

## JOINT MOTION FOR MODIFICATION AND EXTENSION OF CASE DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a) of the Local Rules of the United States District Court for the Southern District of Florida, counsel for all Parties respectfully submit this Joint Motion for Modification and Extension of Case Deadlines (the "Motion"), which seeks to extend all case deadlines, including trial, for sixty (60) days.

On October 18, 2018, the Court entered an Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (ECF No. 22) ("Scheduling Order"). On January 28, 2019, the Court granted PF Homestead's Motion to Consolidate *Gonzalez v. PF Homestead, LLC*, No. 1:18-cv-24180-JEM (the "Gonzalez Action") with this case. (Gonzalez Action, ECF No. 13.) In light of this consolidation, the Parties jointly seek to modify and extend certain deadlines for the purpose of conducting additional class certification and merits related discovery, before class certification and merits related briefing.

For the good cause set forth below, the Parties respectfully request that the Court grant the Parties an extension of the deadlines entered as follows:

**The present deadlines are:**

| | |
|---|---|
| **February 4, 2019:** | Joinder of Additional Parties, motions to amend the complaint, and motions for class certification. |
| **March 4, 2019:** | Parties shall exchange expert witness summaries and reports. |
| **March 14, 2019:** | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| **April 3, 2019:** | Parties exchange rebuttal expert witness summaries and reports. |
| **May 23, 2019:** | All discovery, including expert discovery, shall be completed. |
| **June 3, 2019:** | A mediator must be selected. |
| **June 24, 2019:** | All Daubert, summary judgment, and other dispositive motions must be filed. |
| **August 1, 2019:** | Mediation shall be completed. |
| **August 16, 2019:** | All Pretrial Motions and Memoranda of Law must be filed. |
| **September 10, 2019:** | Joint Pretrial Stipulation and deposition designations must be filed. |
| **September 23, 2019:** | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| **September 25, 2019:** | Proposed voir dire questions must be filed. |
| **September 30, 2019:** | Trial Period. |

**The proposed deadlines are:**

| | |
|---|---|
| **April 4, 2019:** | Joinder of Additional Parties, motions to amend the complaint, and motions for class certification. |
| **May 6, 2019:** | Parties shall exchange expert witness summaries and reports. |
| **May 14, 2019:** | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| **June 3, 2019:** | Parties exchange rebuttal expert witness summaries and reports. |
| **July 23, 2019:** | All discovery, including expert discovery, shall be completed. |
| **August 5, 2019:** | A mediator must be selected. |
| **August 26, 2019:** | All Daubert, summary judgment, and other dispositive motions must be filed. |
| **October 1, 2019:** | Mediation shall be completed. |
| **October 16, 2019:** | All Pretrial Motions and Memoranda of Law must be filed. |
| **November 11, 2019:** | Joint Pretrial Stipulation and deposition designations must be filed. |
| **November 25, 2019:** | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| **November 25, 2019:** | Proposed voir dire questions must be filed. |
| **_____, 2019:** | Trial Period. |

**There is Good Cause to Extend the Deadlines**

1. On August 23, 2018, Plaintiff Jonnathan Ramos ("Plaintiff Ramos") commenced this action against PF Homestead, LLC ("PF Homestead") by filing his original putative class action Complaint, alleging that PF Homestead violated the TCPA when it sent him a text message.

3

(ECF No. 1.)

2. On October 18, 2018, the Court entered the Scheduling Order. (ECF No. 22.)

3. On October 10, 2018, Plaintiff Manuel Gonzalez ("Plaintiff Gonzalez") filed a similar case styled *Gonzalez v. PF Homestead, LLC*, No. 1:18-cv-24180-JEM (the "Gonzalez Action") against PF Homestead. (Gonzalez Action, ECF No. 1.)

4. No scheduling order was entered in the Gonzalez Action.

5. On January 10, 2019, PF Homestead filed a Motion to Consolidate the Gonzalez Action with this case. (Gonzalez Action, ECF No. 8)

6. On January 28, 2019, the Court granted the Motion to Consolidate. (Gonzalez Action, ECF No. 13.)

7. In light of consolidation of this case with the Gonzalez Action, the Parties respectfully seek a brief, sixty (60) day extension of the present case deadlines set forth above. The requested extension of pre-trial deadlines is appropriate and necessary for the Parties to complete fact and expert related discovery in advance of the briefing and other deadlines.

8. In particular, counsel for all parties will need to coordinate regarding the completion of document productions, completion of written discovery, inspection of the system used to send the text messages at issue, and completion of depositions—such as the corporate deposition of PF Homestead. In addition, because no scheduling order was entered in the Gonzalez Action, discovery has not been conducted as to Plaintiff Gonzalez's claims. Now that the Gonzalez Action is consolidated with this case, it is necessary for the Parties to complete discovery with respect to Plaintiff Gonzalez's claims in advance of important deadlines, such as the deadline for Plaintiffs to submit their motion for class certification and deadline for exchange of expert reports.

9. The Parties have conferred and are already in the process of coordinating with

respect to the discovery described above.

10. Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1), good cause exists for the requested extension of the case deadlines.

11. No party will be prejudiced by the Court's entry of an Order granting this Motion because the Parties are jointly requesting this relief. The Parties make this Motion in good faith, and the Court's entry of an Order granting this Motion will not unduly delay the progress of this case.

12. By joining this motion, PF Homestead does not waive any objection or appeal concerning the January 25, 2019 Order denying PF Homestead's Motion to Compel Arbitration, or in the Alternative, Dismiss. (ECF No. 52.)

13. A proposed Order granting this Motion is attached hereto as **Exhibit A**.

WHEREFORE, the Parties respectfully request that the Court, for the good cause set forth herein: (1) grant this Motion; (2) enter an Order extending the deadlines as set forth above; and (3) grant such other relief as the Court deems just and necessary.

Dated: January 31, 2019

*s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
HIRALDO P.A.
Florida Bar No. 030380
401 E. Las Olas Boulevard, Ste. 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 400-4713
Email: mhiraldo@hiraldolaw.com

*Counsel for Plaintiff Ramos*


*s/ Avi R. Kaufman*
Avi R. Kaufman (Florida Bar No. 84382)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Scott A. Edelsberg (Florida Bar No. 100537)
EDELSBERG LAW, PA
19495 Biscayne Blvd #607
Aventura, Florida 33180
Telephone: (305) 975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff Gonzalez*

Respectfully submitted,

*s/ Clay M. Carlton*
Brian M. Ercole (Fla. Bar No. 0102189)
Clay M. Carlton (Fla. Bar No. 85767)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
Email: brian.ercole@morganlewis.com
Email: clay.carlton@morganlewis.com

Ezra D. Church (admitted *pro hac vice*)
Terese M. Schireson (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: ezra.church@morganlewis.com
Email: terese.schireson@morganlewis.com

*Counsel for Defendant PF Homestead, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2019, I electronically filed the foregoing Motion with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Clay M. Carlton*
Clay M. Carlton