UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23431-CIV-MARTINEZ-OTAZO-REYES

JONNATHAN RAMOS, et al.,
    Plaintiffs,

vs.

PF HOMESTEAD, LLC d/b/a
PLANET FITNESS-HOMESTEAD,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 74]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of April, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record